Federal Court of the Western District of New York
Buffalo Division

David C. Lettieri
   Plaintiff

   -agaisnt-

Olivett Products LLC
   Defendant

23 CV 906-V

Index No. _____

Complaint

The plaintiff acting pro se, as for a verified complaint herein respectfully alleges as follows:

1. That all times relevant the plaintiff is force at 2240 Hubbard Road, youngstown OH 44505.
2. Upon information and belief all times relevant the defendant Plivette Products LLC business is located in Bridgeton, MO 63044.
3. This complaint is in regards to a product that Olivette products makes. It is Called WholeShabang Original.
4. The nutrition facts are as followed:
Calories 220
Total Fat 14g Daily Value 18%
Saturated Fat 1g Daily Value 5%
Trans Fat 0g
Cholesteral 0mg Daily Value 0%
Sodium 500mg Daily Value 22%
Total Carbohydrate 22g Daily Value 8%
Dietary Fiber 2g Daily Value 7%
Total Sugars 2g
Includes 1g added sugars Daily Value 2%
Protein 3g
Vitamin D 0Mcg Daily Value 0%
Calcium 10mg Daily Value 0%
Iron 0.8mg Daily Value 4%
Potassium 500mg Daily Value 10%
5. The Ingredients are as followed: Potatoes, vegetable oil (corn and/or canola and/or sunflower oil), seasoning (sugar, sodium dicetate, salt, monosodium glutamate, torula yeast, malic acid, cirtic acid, dehydrated onion, corn maltodextrin, yeast extract, calcium silicate, dehydated garlic, spices, paprika, extractivies of parika and turmeric, disodium inosinate and guanylate, and natural flavors.
6. The plaintiff doesn't know where thirteen grams of fat is in the total fat.
7. The plaintiff doesn't know where the eighteen grams of carbohydrates are for the total carbohdrates is.
8. The plaintiff doesn't know what the daily percentage value for the protein is.

9. The plaintiff doesn't know what spices are in the package.
10. The plaintiff doesn't know what natural flavors are in the package.
11. The plaintiff doesn't what turmeric is.
12. The doesnt know what torula yeast is.
13. The plaintiff has been incracrted for over two years in which is unable to properly research for a health diet.

### As for a First Cause of Action
### Adminitrive Neglience

14. Because of the misinformation on the package it is a form of neglected towards the custumer.

### As for a Second Cause of Action
### New York State General Business Law 349

15. New York State General Business Law Section 349(a) states: Deceptive acts or practice in the conduct of any business, trade, or commerce, or in the furishing of any service in the state are hereby declared unlawful.
16. Beecause of the misinformation on the package it is a form of deceptive acts that would be considered unlawful.

### As for a Third Cause of Action
### Invisible Harm Caused by Seperate tortfeasors

17. The actions taken by Olivette Products are Seperate and independantin which are not by the tortfeasors that have cause such injury.

### As for aFourth Cause of action
### Breach of Duty Care

18. Olivette Products had a duty of carenot to withhold information from a custumer that could be vital to ones health and needs. As such had breach a duty of care.

### As for a Fifth Cause of Action
### Breach of Contract

19. Since this product was purchased by means of comminarry in which a type of contract was formed. As such Olivette Products LLC had breach such contract.

### As for a Sixth Cause of Action
### New York State General Business Law 349
### False Adveresting

20. False adverting in the conduct of any business, trade, or commerce or in the furishing of any service in hereby declared unlawful.

21. Because of misinformation on the package it can be consure as a form of false adverting in which be declared unlawful.

### As for a Seventh Cause of Action
### Alternative Liability

22. All the tortfeasors are before the court in which the defendant Olivette Products LLC had caused an injury to the plaintiff for such action.

### As for an Eighth Cause of Action
### Title 7 United States Code 2611
### Congressional Findings and Declaration policy

23. Potatoes are a Basic food in the United States and Foreign countries. They are produced by many individual potato growers in every state in the United States and imported into the United States from Foreign Countries. In 1966, there were one million four hundred and ninty-seven thousand acres of cropland in the United States devoted to the production of potatoes.

24. Potatoes and potato product move, in the chnnels of interstate or foreign commerce, and potatoes which do not move in such channels directly buren of affect interstae commerce inpotatoes products.

25. The maintenance and expansion of existing potato markets and the development of new or improved markets are vital to the welfare of potato growers and those concerned with marketing using, and processing potatoes as well as the general enconomic welfare of the nation.

26. Because of the misinformation on such package it can violate such statue.

Wherefore the plaintiff demands judgment for the following:

1. On the First Cause of Action, damages in the sum of $200,000 for Administrive Neglience.
2. On the Second Cause of Action, damages in the sum of $200,000 for violation of New York State General Busniess Law 349.
3. On the Third Cause of Action, damages in the sum of $200,000 for Invisible Harr Caused by Seperate Tortfeasors.
4. On the fourth Cause of Action, damages in the sum of $200,000 for Breach of Duty Care.
5. On the Fifth Cause of Action, damages in the sum of $200,000 for Breach of Contract.
6. On the Sixth Cause of Action, damages in the sum of $200,000 for violation of New York State General Business Law 350.
7. On the Seventh Cause of Action, damages in the sum of $200,000 for alternative Liability.
8. On theEighth Cause of Action, damages in the sum of $200,000 for violation of Title 7 United States Code 2611.
9. For all other such, cause, equiable that the courts may see fit and proper.

Verification

I David Carmine Lettieri, State that all the facts above are true and to the best of my knowledge that are present in such lawsuit.

_____

August 20, 2023

David C. Lettieri
2240 Hubbard Road
Youngstown OH, 44505

_Allison Goterba_
Public Notary

ALLISON GOTERBA
Notary Public, State of Ohio
My Commission Expires
August 18, 2024

Federal Court of The Western District of New York
Buffalo Divisioon

---

David C. Lettieri
   Plaintiff

-against-                              Index No._____

Olivette Products LLC
   Defendant                          Summons

---

    You are hereby order to answer the verified complaint within twenty-one days of being serve failure to do so shall entitle the plaintiff to a default judgment.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
David C. Lettieri

**DEFENDANTS**
Olivett Products LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [x] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE LJV _____ MAG. JUDGE _____

Will Lettien
310 Hubbard Road
Youngstown, Oh 44505

CoreCivic/NEOCC has neither inspected nor censored and will not be responsible for the contents.

Court of clerks
2 Niagara Square
Buffalo, Ny 14202

USDC - WDNY
AUG 30 2023
BUFFALO

CLEVELAND OH 440
28 AUG 2023 PM 5 L

14202-33859