Revised 05/01 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

David LeHien
(Name of Plaintiff or Petitioner)

v.

Olivette Products LLC
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION**

_____-CV-_____

23 CV 906-V

FILED
AUG 30 2023
MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

I, David LeHien, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed? Yes [ ] No [✓]
   My Employer's Name and Address is: _____
   
   My **Gross** Monthly Wages are: $_____
   If you are not presently employed, state
   Your Last Date of Employment: _____
   Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes [ ] No [ ]
   My Spouse's Employer's Name and Address is: _____
   
   My Spouse's **Gross** Monthly Wages are $_____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   b. Rent payments, interest or dividends? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   c. Pensions, annuities, disability, or life insurance payments? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   d. Gifts or inheritances? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   e. Child Support? Yes [ ] No [✓]
      If yes, state **amount received** each month $_____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   g. Friends, Relatives or any other source? Yes [ ] No [✓]
      If yes, state **source** and **amount received** per month $_____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   No expenses

3. What is your total gross monthly income today: $ 0

4. How much **cash** do you have on hand? $ I don't know

5. How much money do you have in a checking account(s)? $ I dont know

6. How much money do you have in a savings account(s)? $ I dont know

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (NOTE: prisoners must have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): I dont know

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [✓]  No [ ]
If so, describe the property in detail and give an estimated value of the property: I dont know

If you own property, are you paying off a loan or mortgage on it? Yes [ ] No [ ]
If yes where are you obtaining the money to make such payments:

9. If you are not an inmate, state your total monthly household expenses:
Rent or mortgage $_____  Food $_____  Utilities $_____  All other expenses $_____
If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: None

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: None

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes [ ] No [✓]
If the answer is yes, please include the court and date of filing

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 8/8/23
(Date)                                             (Applicant's Signature)

## PRISON CERTIFICATION SECTION

(Required for Prisoner Requests Only; Prisoner Requests Must Have This Section Completed By Prison Official)

I certify that the movant has the sum of $ 0.07 on account to his/her credit at the Northeast CHI Correctional Facility where s/he is currently confined.
I further certify that the movant has the following securities to his/her credit according to the institution's records: 0

I further certify that the movant's average account balance was $ 16.04 during the last six months.

Signature of Authorized Officer of Institution
Dean GRAVATTE
Print Name of Authorized Officer of Institution

Revised 05/01 WDNY

# AUTHORIZATION

## PRISONER'S CIVIL ACTION FILING FEE
## WESTERN DISTRICT OF NEW YORK

I, (print name) __David C. LeHien__, request and authorize the agency holding me in custody, to send to the Clerk of the United States District Court, Western District of New York, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my prison trust account (or institutional equivalent), and to disburse those amounts from my account to the United States District Court for the Western District of New York.

*This Authorization shall apply to any other agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.*

This Authorization is furnished in connection with the commencement of a federal court civil action, and I understand that I must pay the total amount of the filing fee, which is $350.00.

**I understand that by signing this authorization, the entire filing fee of $350.00 will be paid to the court in installments by automatic deductions from my prison trust fund account <u>even if my case is dismissed before the entire amount of the fee has been deducted from my account</u>.**

Dated: __August 20__, 20__23__

__[signature]__
Signature of prisoner

__David C. LeHien__
Printed name of prisoner

__1605 1509__
Inmate number of prisoner

Olivette Products while shubung