FILED
NOV 01 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

NOV 01 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Federal District of Northern Ohio Court
Youngstown Division

David C. Lettieri
Plaintiff

-againsts-                                        4:23-cv-2028

Olivette Products LLC
Defendant                           Tranfer

The plaintiff moves to have this case transfer back to the Western District of New York, There is no jusdiction in this court when all the facts are in the western district of New York when the plaintiff was in Niagara County Jail and Alleguny County Jail.

Further the plaintiff has notified this court that there was an address change on September 18, 2023 at 5526 Lockport, NY 14095.

Further the plaintiff now has informed the Western District of New York courts about this and they refuse to change address.

Thank you

David C. Lettieri

Sworn to before me on
October 25th, 2023
Scott K. Mm—

SCOTT K. MENDOLA
Notary Public, State of New York
No. 01ME6052954
Qualified in Niagara County
My Commission Expires December 26, 20__